HARRISON D. CHAMBERLIN *vs.* CHARLES W. SLAYTON.

June 15, 1887.

Evidence *held* to be sufficient to support verdict—Instruction to jury *held* to be correct.—[Rep.

Plaintiff brought this action in the district court for Murray county, to recover for services alleged to have been performed at the request of the defendant, and, upon the trial before *Perkins,* J., and a jury, had a verdict for $1,311. Defendant appeals from an order refusing a new trial.

*Daniel Rohrer*, for appellant.

*B. H. Whitney* and *Lind & Hagberg*, for respondent.

MITCHELL, J.[1]     We find no error in the rulings of the trial court in the admission of evidence, and the portions of his charge excepted to are, as applied to the facts in this case, entirely correct, and could not have been misunderstood by the jury as meaning that they were bound to find for the plaintiff.   As to the amount of the verdict, although it may seem somewhat large, yet, in our judgment, there was evidence reasonably tending to prove that plaintiff's time and services were worth the sum allowed by the jury.

Judgment affirmed.

[1] Berry, J., being absent, took no part in the decision of this case.